UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                          ORDER
v.                    07-CR-174A

TAMMI WASHNUK and
TIONA BROOK DUGAS,

                Defendants.

The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 14, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant Tiona Dugas' motion to dismiss the Indictment on speedy trial grounds be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant Dugas' motion to dismiss the Indictment on speedy trial grounds is granted.

The case is referred back to Magistrate Judge Scott for further proceedings.

SO ORDERED.

                                      *s/ Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT JUDGE

DATED: May 31, 2013